**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7102

JOHN W. SHADE, III,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; JASON BAILEY, Assistant United States Attorney; BRITTANY BOYER, Designations and Sentence Computation Officer; MICHAEL CARVAJAL, Former Director of the BOP; C. DAY, Unit Manager FCI McDowell; FRED MALONE, Corrections Counselor FCI McDowell; CHRISTOPHER MARUKA, Former Warden FCI McDowell; JAMES PETRUCCI, BOP Regional Director; M. RIFE, CMC FCI McDowell; ERIC ROKOSKY, Former Warden FCI McDowell; FRED SAUNDERS, Former Unit Manager FCI McDowell; JAMES WILLS, BOP General Counsel; JOHN 1-10 DOES, Unknown Agents or Employees of the United States of America,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:23-cv-00192)

Submitted:  January 22, 2026                    Decided:  January 26, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John W. Shade, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John W. Shade, III, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing, under 28 U.S.C. § 1915(e)(2)(B), Shade's amended civil complaint in which he raised claims pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-2680. We have reviewed the record and discern no reversible error.[*] Accordingly, we affirm the district court's order. *See Shade v. United States*, No. 1:23-cv-00192 (S.D. W. Va. Oct. 29, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny Shade's motions to appoint counsel.